UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO FELIX CARRAZCO, Petitioner, v. FISHER, Warden, Respondent. | 1:10-cv-0001392 MJS HC ORDER DENYING MOTION FOR RECONSIDERATION (Doc. 18) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 1, 2012, the undersigned denied the petition on the merits. On August 20, 2012, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b).

Rule 60(b) of the Federal Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

-1-

      (1) mistake, inadvertence, surprise, or excusable neglect;
      (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
      (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
      (4) the judgment is void;
      (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
      (6) any other reason that justifies relief.

Petitioner sets forth no arguments or evidence not already considered by this Court. Petitioner again argues that his lack of proficiency in English prevented him from understanding the terms of the plea agreement. However, the Court determined that in light of the presence of an interpreter and Petitioner's detailed responses to questions, Petitioner was made aware of the terms of the agreement. Petitioner has not overcome the presumption that he was provided sufficient notice of what he was being asked to admit in the plea agreement. Henderson v. Morgan, 426 U.S. 637, 647 (1976). Petitioner's arguments present no basis for relief.

Accordingly, Petitioner's motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated:   September 18, 2012      /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE